IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY RUSS AND CHRIS MURPHY,**<br>Plaintiffs,<br><br>v.<br><br>**NORTH AMERICAN RESCUE, LLC, C-A-T RESOURCES, LLC,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br><br>NO.  21-4238 |

## ORDER

**AND NOW**, this 26th day of July, 2024, upon consideration of Motions to Dismiss filed by Defendants North American Rescue, LLC ("NAR"), C-A-T Resources, LLC ("CATR"), and Henry Schein, Inc. ("Schein") (ECF Nos. 57, 58, 59), and all Responses and Replies thereto (ECF Nos. 60, 61, 62, 64, 65, 67), it is **HEREBY ORDERED** that:

1. CATR's Motion (ECF No. 58) is **DENIED**;

2. Schein's Motion (ECF No. 57) is **GRANTED**.  Plaintiffs' claims as to Schein are **DISMISSED WITHOUT PREJUDICE**;

3. NAR's Motion (ECF No. 59) is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**