IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY RUSS AND CHRIS MURPHY,**<br>Plaintiffs, | **CIVIL ACTION** |
| v. | |
| **NORTH AMERICAN RESCUE, LLC, C-A-T RESOURCES, LLC,**<br>Defendants. | **NO.  21-4238** |

## ORDER

**AND NOW**, this 1st       day of   November     , 2024, It has been reported that the issues between the parties in the above action have been settled and upon order of the court pursuant to the provisions of rule 41.1(b) of the local rules of civil procedure of this court, it is ordered that the above action is dismissed with prejudice, by agreement of counsel, without costs.

The Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**

BY THE COURT:

/S/WENDY BEETLESTONE, J.

2

                                                  _____
**WENDY BEETLESTONE, J.**